IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROXANNE BARELA,

    Plaintiffs,

v.                                                                   1:13-cv-01084-SMV-SCY

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein with prejudice on the grounds that all matters in controversy by and between the parties have been fully resolved; and the Court having read the pleadings, noting the stipulation of the parties, and being fully otherwise advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint, and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Roxanne Barela against Defendant, Safeco Insurance Company of America, be and hereby is, dismissed with prejudice with each party to bear her/its own attorneys' fees and costs.

    IT IS SO ORDERED.

                                                          _____
                                                          HONORABLE STEPHAN VIDMAR

**Approved:**

s/ Meena H. Allen
Meena H. Allen
*Attorneys for Safeco Insurance Company of America*

/s/Robert Koeblitz
*Attorneys for Plaintiff*